USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Felipe Fernandez, on behalf of himself and all others similarly situated,<br><br>                             Plaintiff,<br><br>      -against-<br><br>Bloomscape, Inc.,<br><br>                             Defendant. | 1:24-cv-10027 (PAE) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

        This case has been referred to the undersigned for general pretrial management. (Order, ECF No. 5.) The parties are directed to appear for a telephone conference on Wednesday, February 19, 2025, at 11:00 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

        If Plaintiff's counsel has been in communication with Defendant, Plaintiff's counsel shall advise Defendant of the scheduling of the conference. If Defendant has not appeared as of the date of the telephone conference, Plaintiff still is required to appear.

**SO ORDERED.**

DATED:       New York, New York
                 February 3, 2025

                                                                 _____
                                                                 STEWART D. AARON
                                                                 United States Magistrate Judge